**Joseph F. CONDEM, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Respondent–Appellee.**

No. 01–6891.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Joseph F. Condem, pro se. Michael Lee Keller, Office of the United States Attorney, Charleston, WV, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joseph F. Condem appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record, the magistrate judge's report and recommendation, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and magistrate judge. *See Condem v. Conley,* No. CA–091–325–5 (S.D.W.Va. May 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*